Appeal Form No. 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>SKYLER AARON COOK<br><br>Debtor(s) | Chapter 7<br>Case No. 2:20-BK-01730 - EPB<br>Adv. No. 2:21-AP-00336-EPB |
| JAMES E CROSS, TRUSTEE<br><br>Plaintiff(s)<br>v.<br>VALLIANCE BANK<br><br>Defendant(s) | **TRANSMITTAL TO DISTRICT COURT** |

TO: CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Transmitted herewith is:

☑ Motion for Withdrawal of reference from Bankruptcy Court pursuant to 28 U.S.C. Sec. 157(d) and Bankruptcy Rule 5011(a).

☐ Recommended findings of fact and conclusions of law submitted to District Court pursuant to 28 U.S.C. Section 157(c)(1) and Bankruptcy Rule 9033. Any objections or responses to objections filed pursuant to Bankruptcy Rule 9033(b) are to be filed directly with the District Court under the District Court Civil Number.

☐ Copies of the pleadings/file in the above-named matter, the reference having been withdrawn to the District Court.

☐ Other:

Dated: June 9, 2023

Khadijia White-Thomas, Clerk, U.S. Bankruptcy Court

By: M. RADICKE-STEVENSON
Deputy Clerk

Copies of the foregoing and a copy of any recommended findings
to be mailed to the attorneys and pro se interested parties by the BNC