|   |   |
|---|---|
| IN THE MATTER OF: | |
| Skyler Aaron Cook, | No. CV-23-01058-PHX-DGC |
| Debtor. | BK NO. 2:20-bk-01730-EPB |
| | ADV. NO. 2:21-ap-00336-EPB |
| James E. Cross, Trustee, | BAP No. N/A |
| Plaintiff, | |
| v. | |
| Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn, | **NOTICE OF DOCKETING BANKRUPTCY MATTER** |
| Defendant(s). | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**PLEASE TAKE NOTICE** that this action was filed in the United States District Court in the above-entitled case on June 9, 2023. All future documents in the matter **MUST** bear the "CV" case identification number with the Bankruptcy number listed below; be captioned as indicated above; and be filed in the District Court Clerk's Office, 401 W. Washington St., Suite 130, Phoenix, Arizona 85003.

**COUNSEL ARE NOTIFIED** that if pleadings or papers are not properly titled, numbered, and filed, they could be subject to rejection.

…

…

1      **COUNSEL ARE REMINDED** that these proceedings are governed by the Local Rules of the District Court for the District of Arizona.

     Dated this 9th day of June, 2023.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

cc: all counsel     By    s/ Rebecca Kobza<br>
    USBC Clerk                Case Admin Specialist