John S. Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick Griebel (*Pro Hac Vice* Pending)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mcampbell@polsinelli.com
　　　　mlayfield@polsinelli.com

*Attorneys for the Defendants*
*Valliance Bank, Shelby Bruhn and*
*Katherine S. Bruhn*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Skyler Aaron Cook,<br><br>　　　　　　　Debtor.<br>_____<br><br>James E. Cross, Trustee<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Valliance Bank, Shelby Bruhn, and<br>Katherine S. Bruhn,<br><br>　　　　　　　Defendants. | No. CV-23-01058-PHX-DGC<br><br>BK NO. 2:20-bk-01730-EPB<br><br>ADV. NO. 2:21-ap-00336-EPB<br><br>BAP No. N/A<br><br><br>**VALLIANCE BANK<br>CORPORATE DISCLOSURE<br>STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Valliance Bank ("Valliance"), in compliance with the provisions of: (*check one*)

  ✓  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

      Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

      Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).1

**The filing party hereby declares as follows:**

      No such corporation.

  X  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

        <u>Valliance Financial Corporation, an Oklahoma corporation</u>

        Relationship <u>Parent corporation</u>

      Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

        _____ Relationship _____

      Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 23rd day of June, 2023.

                              POLSINELLI PC

                              By: */s/ Michael A. Campbell*
                                  Michael A. Campbell
                                  Matthew S. Layfield
                                  Nick A. Griebel

                                  *Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

90044621.2

I hereby certify that on June 23, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James E. Cross
Cross Law Firm, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
*Chapter 7 Trustee*

Jeffrey Goulder
Alisa Lacey
Michael Vincent
Clarissa Brady
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004
*Counsel for the Trustee*

James Kahn
Krystal Ahart
Bankruptcy Legal Center
Kahn & Ahart, PLLC
301 E. Bethany Home Rd., #C-195
Phoenix, AZ 85012
*Counsel for the Debtor*

Larry L. Watson
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

*/s/ Rebecca O'Brien*

4

90044621.2